THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA.— Assignment of counsel vacated. The orders of this court entered on April 19, 1962 are modified. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

## (May 31, 1962)

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HOWELL.— Motion to dismiss appeal denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILKEN MCCREA.— Motion to dismiss appeal from order entered on January 25, 1961 denied and on the court's own motion leave to appeal as a poor person is granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney, Bronx County, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record with this court. Anthony F. Marra, Esq., of 100 Centre St., New York, N. Y. is assigned as counsel for the appellant for the purposes of the appeal. Motion to dismiss appeal from order entered on August 25, 1961 granted. Motion to dismiss appeal from order entered on December 21, 1960 granted. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE STANLEY, JR.— Motion to dismiss appeal granted. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER SWEENEY v. ANNA KROSS, Commissioner of Correction of the City of New York.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD HARWOOD.— Motion for leave to appeal as a poor person denied with leave to renew upon papers showing that the defendant qualifies for such relief. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

MARIA FEHER v. CITY OF NEW YORK.— Motion for leave to dispense with printing denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY BONOMOLO.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CARL EDELSON.— Motion for an order directing production of certain documents for examination by this court and for other relief denied in all respects. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.